GREENBERG TRAURIG, LLP
200 Park Avenue
Florham Park, New Jersey 07932
Philip R. Sellinger
David E. Sellinger
(973) 360-7900
(973) 301-8410 (fax)
*Attorneys for Defendant,*
*Canon Business Solutions, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANYA MCPHERSON, on behalf of herself and all others similarly situated,<br><br>　　Plaintiffs,<br><br>v.<br><br>CANON BUSINESS SOLUTIONS, INC.<br><br>　　Defendant. | Civ. Act. No. 1:12-cv-07761 (JBS)(AMD)<br><br><br>**STIPULATION OF DISMISSAL** |

　　Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Anya McPherson and Defendant Canon Business Solutions, Inc., now known as Canon Solutions America, Inc., hereby stipulate to dismissal of the above-referenced action in its entirety and hereby agree that all claims that have been asserted in this action on behalf of plaintiff Anya McPherson in her individual capacity be and hereby are dismissed with prejudice, and that all claims that have been asserted in this action on behalf of the putative class be and hereby are dismissed without

prejudice, without costs against any party, and without any findings or admissions of liability by or concerning the parties, with each party to bear its own costs, expenses and fees.

Dated:  September 16, 2014

| BERGER & MONTAGUE, P.C. | GREENBERG TRAURIG, LLP |
|---|---|
| By:  */s/ Sarah R. Schalman-Bergen*<br>        Sarah R. Schalman-Bergen<br>        Patrick F. Madden | By: */s/ David E. Sellinger*<br>        David E. Sellinger<br><br>        *Attorneys for Defendant* |

SCHNEIDER WALLACE COTTRELL
KONECKY LLP

BY:    */s/ Carolyn H. Cottrell*
          Carolyn H. Cottrell

          *Attorneys for Plaintiff*