GREENBERG TRAURIG, LLP
200 Park Avenue
Florham Park, New Jersey 07932
Philip R. Sellinger
David E. Sellinger
(973) 360-7900
(973) 301-8410 (fax)
*Attorneys for Defendant,*
*Canon Business Solutions, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANYA MCPHERSON, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CANON BUSINESS SOLUTIONS, INC.<br><br>Defendant. | Civ. Act. No. 1:12-cv-07761 (JBS)(AMD)<br><br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Anya McPherson and Defendant Canon Business Solutions, Inc., now known as Canon Solutions America, Inc., hereby stipulate to dismissal of the above-referenced action in its entirety and hereby agree that all claims that have been asserted in this action on behalf of plaintiff Anya McPherson in her individual capacity be and hereby are dismissed with prejudice, and that all claims that have been asserted in this action on behalf of the putative class be and hereby are dismissed without

NJ 228771012v3

prejudice, without costs against any party, and without any findings or admissions of liability by or concerning the parties, with each party to bear its own costs, expenses and fees.

Dated: September 16, 2014

BERGER & MONTAGUE, P.C.

By: /s/ Sarah R. Schalman-Bergen
    Sarah R. Schalman-Bergen
    Patrick F. Madden

GREENBERG TRAURIG, LLP

By: /s/ David E. Sellinger
    David E. Sellinger

*Attorneys for Defendant*

SCHNEIDER WALLACE COTTRELL KONECKY LLP

By: /s/ Carolyn H. Cottrell
    Carolyn H. Cottrell

*Attorneys for Plaintiff*

So Ordered this 18th day of Sept ,20 14

/s/ Jerome B. Simandle
Jerome B. Simandle, Chief U.S. District Judge